IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ENOCH W. PARRY, III,

      Plaintiff,                  14cv1115

                                   **ELECTRONICALLY FILED**

      v.

NEW DOMINION CONSTRUCTION,
INC., MICHAEL PASCUZZI, AND
NICHOLAS PASCUZZI, III,

      Defendants.

## Order of Court

And now, this 10th day of February, 2015, it is HEREBY ORDERED that:

(1)    Defendants' Motion for Summary Judgment (doc. no. 19) on all counts except Retaliation (Count II) is GRANTED.

(2)    Plaintiff's Motion for Partial Summary Judgment (doc. no. 23) is DENIED, and the Motion to Amend/Correct Complaint (doc. no. 23) is GRANTED.

(3)    A status/settlement conference is set for February 17, 2015, at 9:00 a.m. at which Plaintiff, the President of Defendants, and any named parties shall personally attend along with lead trial counsel of record.

(4)    The Amended Complaint setting forth two separate and distinct counts for retaliation (existing Count II re: suspension/termination, and new Count V re: Counterclaims)[1] shall be filed by February 11, 2015, with Answer due by February 13, 2015.

                          s/Arthur J. Schwab
                          Arthur J. Schwab
                          United States District Judge

cc: All Registered ECF Counsel and Parties

---

[1] Although summary judgment has been granted as to existing Count IV, Plaintiff's Amended Complaint shall not replace existing Count IV with the new count for retaliation re: Counterclaims. Rather, Plaintiff shall title it as Count V for retaliation re: Counterclaims.